v.

**The STATE of Texas.**

No. 1059–90.

Court of Criminal Appeals of Texas, En Banc.

Sept. 25, 1991.

**Pedro BALLESTEROS, Jr.**

v.

**The STATE of Texas.**

No. 0637–89.

Court of Criminal Appeals of Texas, En Banc.

Oct. 30, 1991.

On appellants' petition for discretionary review: petition dismissed as improvidently granted.